IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **22-20825** |
| **VIRGINIA P. JACKSON** | : | |
| | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **VIRGINIA P. JACKSON** | : | |
| | : | |
| Movant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Russell A. Burdelski, Esquire**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

BANK OF AMERICA
PO BOX 9100
Farmingdale, NY 11735

CHRISTOPHER & BANKS
PO BOX 12914
Norfolk, VA 23541

KOHLS
PO BOX 1456
Charlotte, NC 28201

PNC
2730 LIBERTY AVE.
Pittsburgh, PA 15222

PNC
C/O JOSEPH GOLDBECK, ESQ
STE 5000, MELLON INDEP. CTR
701 MARKET ST
Philadelphia, PA 19106

PNC
3232 NEWARK DR
Miamisburg, OH 45342

TJX REWARDS/SYNCB

PO BOX 12914

C/O PORTFOLIO RECOVERY

Norfolk, VA 23541

By: **/s/ Russell A. Burdelski, Esquire**
  Signature
  **Russell A. Burdelski, Esquire**
  Typed Name
  **1020 PERRY HIGHWAY**
  **Pittsburgh, PA 15237**
  Address
  **(412) 366-1511 Fax:(412) 366-1711**
  Phone No.
  **72688 PA**
  List Bar I.D. and State of Admission