IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Virginia Jackson<br>      Debtor(s)<br>_____<br>Virginia Jackson<br>    Debtor/Movant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  _22-20825-CMB<br><br>Chapter 13<br>Filed Under Local Bankruptcy<br>Rule 9013.4 para. 6(b) |

## DEBTOR'S AFFIDAVIT OF INCOME

I, Virginia Jackson swear under penalty of perjury, that during the past 6 months I have had as my sole source of income for myself is Social Security for the Debtor as listed below in the approximate amounts and that I have NOT earned wage earner money and have not earned enough from social security to be required to filed Federal Tax Returns.

| Social Security | Month/year |
|---|---|
| $1500 | 10/2021 |
| $1500 | 11/2021 |
| $1500 | 12/2021 |
| $1500 | 1/2022 |
| $1500 | 2/2022 |
| $1500 | 3/2022 |

<u>5/17/22</u> DATE                                    **X** <u>/s/ Virginia Jackson            </u>
                                                                    Virginia Jackson, Debtor

Russ@BurdelskiLaw.com