

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

*Virginia Jackson*
*22-20825-CMB*

T0184  0000  R 50 T1
JOHN F JACKSON
MRS VIRGINIA P JACKSON
1121 SODBURY DR
SOUTH PARK PA 15129-9441

## Key Express Checking®

Account number ending: 9801

September 15, 2021 to October 15, 2021

## Account Summary

| | |
|---|---|
| Beginning Balance on September 15, 2021 | -$82.17 |
| Deposits (Money In) | |
| Deposits | $1,429.00 |
| Withdrawals (Money Out) | |
| Withdrawals | -$1,335.00 |
| Fees and Charges | -$67.00 |
| **Ending Balance on October 15, 2021** | **-$55.17** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

---


**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336


**Your Branch:**
4996 LIBRARY ROAD
BETHEL PARK PA 15102
412-835-2900


**Sign On or Enroll in Online and Mobile Banking:**
key.com

 Key Express Checking  |  Account number ending: 9801

## Deposits

| Date | Description | Amount |
|---|---|---|
| 09/22 | DIRECT DEPOSIT, SSA TREAS 310 XXSOC SEC | $1,429.00 |
| **Total Deposits** | | **$1,429.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 09/24 | WITHDRAWAL BRANCH 0184 PENNSYLVANIA | $1,300.00 |
| 09/29 | ATM    KEY 4996 LIBRARY ROAD    BETHEL PAR PA | $10.00 |
| 10/04 | ATM    KEY 4996 LIBRARY ROAD    BETHEL PAR PA | $5.00 |
| 10/15 | DIRECT WITHDRAWAL, CBN PLGXPRESS DONATION | $20.00 |
| **Total Withdrawals** | | **-$1,335.00** |

## Fees and Charges

### OVERDRAFT AND RETURNED ITEM FEES SUMMARY

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $67.00 | $796.00 |
| Total Returned Item Fees | $0.00 | $231.00 |

Here are some things you can do to avoid future Overdraft and Returned Item Fees:
- Use online, mobile and text banking tools to track your balance and set up alerts.
- Choose another KeyBank account to back up your checking account with Overdraft Protection.
- Contact your banker for a free Financial Wellness Review. We'll create a personalized plan that will help keep you in charge.

### SERVICE FEES AND CHARGES

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 09/21 | RECURRING OVERDRAFT SERVICE CHARGE | $28.50 | | 1 | $28.50 |
| 10/15 | TIER 2 OVERDRAFT ITEM CHARGE | $38.50 | | 1 | $38.50 |
| **Total All Fees and Charges for This Statement Period** | | | | | **-$67.00** |

Here are some things you can do to avoid future Fees and Charges:

- **Recurring Overdraft Service Charge:** Bring your account balance to a positive amount within 5 business days and have it remain positive through the close of the business day.

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

 **Key Express Checking** | Account number ending: 9801

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**
If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0184 0000 R 50 T1
JOHN F JACKSON
MRS VIRGINIA P JACKSON
1121 SODBURY DR
SOUTH PARK PA 15129-9441

## Key Express Checking®

Account number ending: 9801

October 15, 2021 to November 15, 2021

## Account Summary

| | |
|---|---|
| Beginning Balance on October 15, 2021 | -$55.17 |
| Deposits (Money In) | |
| Deposits | $1,429.00 |
| Withdrawals (Money Out) | |
| Withdrawals | -$1,339.68 |
| Fees and Charges | -$67.00 |
| Ending Balance on November 15, 2021 | -$32.85 |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

---

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**
4996 LIBRARY ROAD
BETHEL PARK PA 15102
412-835-2900

 **Sign On or Enroll in Online and Mobile Banking:**
key.com

000000018519801-03290

Page 1 of 3

**Key Express Checking** | Account number ending: 9801

## Deposits

| Date | Description | Amount |
|---|---|---|
| 10/27 | DIRECT DEPOSIT, SSA TREAS 310 XXSOC SEC | $1,429.00 |
| **Total Deposits** | | **$1,429.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/27 | WITHDRAWAL BRANCH 0184 PENNSYLVANIA | $1,200.00 |
| 11/01 | POS MAC RITE AID 01589 SOUTH PARK PA | $20.62 |
| 11/01 | POS MAC RITE AID 01589 SOUTH PARK PA | $59.06 |
| 11/01 | ATM KEY 4996 LIBRARY ROAD BETHEL PAR PA | $60.00 |
| **Total Withdrawals** | | **-$1,339.68** |

## Fees and Charges

### OVERDRAFT AND RETURNED ITEM FEES SUMMARY

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $28.50 | $824.50 |
| Total Returned Item Fees | $38.50 | $269.50 |

Here are some things you can do to avoid future Overdraft and Returned Item Fees:
- Use online, mobile and text banking tools to track your balance and set up alerts.
- Choose another KeyBank account to back up your checking account with Overdraft Protection.
- Contact your banker for a free Financial Wellness Review. We'll create a personalized plan that will help keep you in charge.

### SERVICE FEES AND CHARGES

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 10/21 | RECURRING OVERDRAFT SERVICE CHARGE | $28.50 | | 1 | $28.50 |
| 11/15 | TIER 2 RETURNED ITEM CHARGE | $38.50 | | 1 | $38.50 |
| **Total All Fees and Charges for This Statement Period** | | | | | **-$67.00** |

Here are some things you can do to avoid future Fees and Charges:

- **Recurring Overdraft Service Charge:** Bring your account balance to a positive amount within 5 business days and have it remain positive through the close of the business day.

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

**Save by going paperless**
The $3 fee waiver for paper statements expires on January 31, 2022, for Key Saver®, Key Express Checking®, Key Silver Money Market Savings® accounts. You can avoid the $3 fee that will start on February 1, 2022, by choosing electronic statements instead. Log in to Online Banking and look for the Mail Preferences setting in the Statements section of your account. And if you're not already enrolled in Online Banking, this is a great time to make that change. Just go to Key.com and click on "Enroll".

 Key Express Checking   |   Account number ending: 9801

# INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**
If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0184  0000  R 50 T1
JOHN F JACKSON
MRS VIRGINIA P JACKSON
1121 SODBURY DR
SOUTH PARK PA 15129-9441

## Key Express Checking®

Account number ending: 9801

November 15, 2021 to December 14, 2021

## Account Summary

| | |
|---|---:|
| Beginning Balance on November 15, 2021 | -$32.85 |
| Deposits (Money In) | |
| Deposits | $1,429.00 |
| Withdrawals (Money Out) | |
| Withdrawals | -$625.96 |
| Fees and Charges | -$28.50 |
| **Ending Balance on December 14, 2021** | **$741.69** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**
4996 LIBRARY ROAD
BETHEL PARK PA 15102
412-835-2900

 **Sign On or Enroll in Online and Mobile Banking:**
key.com

 Key Express Checking  |  Account number ending: 9801

## Deposits

| Date | Description | Amount |
|---|---|---|
| 11/24 | DIRECT DEPOSIT,  SSA  TREAS 310  XXSOC SEC | $1,429.00 |
| **Total Deposits** | | **$1,429.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 12/02 | WITHDRAWAL BRANCH 0184 PENNSYLVANIA | $400.00 |
| 12/13 | DIRECT WITHDRAWAL, COMCAST       CABLE | $225.96 |
| **Total Withdrawals** | | **-$625.96** |

## Fees and Charges

### OVERDRAFT AND RETURNED ITEM FEES SUMMARY

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $28.50 | $853.00 |
| Total Returned Item Fees | $0.00 | $269.50 |

Here are some things you can do to avoid future Overdraft and Returned Item Fees:
- Use online, mobile and text banking tools to track your balance and set up alerts.
- Choose another KeyBank account to back up your checking account with Overdraft Protection.
- Contact your banker for a free Financial Wellness Review. We'll create a personalized plan that will help keep you in charge.

### SERVICE FEES AND CHARGES

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 11/19 | RECURRING OVERDRAFT SERVICE CHARGE | $28.50 |  | 1 | $28.50 |
| **Total All Fees and Charges for This Statement Period** | | | | | **-$28.50** |

Here are some things you can do to avoid future Fees and Charges:

- **Recurring Overdraft Service Charge:** Bring your account balance to a positive amount within 5 business days and have it remain positive through the close of the business day.

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
*Questions? Call the number on this statement, visit your local branch or contact your banker.*

**Save by going paperless**
The $3 fee waiver for paper statements expires on January 31, 2022, for Key Saver®, Key Express Checking®, Key Silver Money Market Savings® accounts. You can avoid the $3 fee that will start on February 1, 2022, by choosing electronic statements instead. Log in to Online Banking and look for the Mail Preferences setting in the Statements section of your account. And if you're not already enrolled in Online Banking, this is a great time to make that change. Just go to Key.com and click on "Enroll".

Key Express Checking | Account number ending: 9801

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0184 0000 R 50 T1
JOHN F JACKSON
MRS VIRGINIA P JACKSON
1121 SODBURY DR
SOUTH PARK PA 15129-9441

## Key Express Checking®

Account number ending: 9801

December 14, 2021 to January 14, 2022

## Account Summary

| | |
|---|---|
| Beginning Balance on December 14, 2021 | $741.69 |
| Deposits (Money In) | |
| Deposits | $1,429.00 |
| Withdrawals (Money Out) | |
| Withdrawals | -$502.24 |
| Checks | -$100.00 |
| Ending Balance on January 14, 2022 | $1,568.45 |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

---

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**
4996 LIBRARY ROAD
BETHEL PARK PA 15102
412-835-2900

 **Sign On or Enroll in Online and Mobile Banking:**
key.com

0000000018519801-03290

Page 1 of 2

**Key Express Checking** | Account number ending: 9801

## Deposits

| Date | Description | Amount |
|---|---|---|
| 12/22 | DIRECT DEPOSIT, SSA TREAS 310 XXSOC SEC | $1,429.00 |
| **Total Deposits** | | **$1,429.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 12/15 | DIRECT WITHDRAWAL, CBN PLGXPRESS DONATION | $20.00 |
| 12/28 | DIRECT WITHDRAWAL, AMERICAN WATER EBILLPAY | $105.76 |
| 12/28 | DIRECT WITHDRAWAL, FIRSTENERGY OPCOFE ECHECK | $150.52 |
| 01/11 | DIRECT WITHDRAWAL, COMCAST CABLE | $225.96 |
| **Total Withdrawals** | | **-$502.24** |

## Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 826 | 12/30 | $25.00 | 828 | 01/06 | $25.00 |
| 827 | 12/30 | $25.00 | 829 | 01/13 | $25.00 |
| | | | **Total Checks** | | **-$100.00** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

**Save by going paperless**
The $3 fee waiver for paper statements expires on January 31, 2022, for Key Saver®, Key Express Checking®, Key Silver Money Market Savings® accounts. You can avoid the $3 fee that will start on February 1, 2022, by choosing electronic statements instead. Log in to Online Banking and look for the Mail Preferences setting in the Statements section of your account. And if you're not already enrolled in Online Banking, this is a great time to make that change. Just go to Key.com and click on "Enroll".

### INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0184  0000  R 50 T1
JOHN F JACKSON
MRS VIRGINIA P JACKSON
1121 SODBURY DR
SOUTH PARK PA 15129-9441

## Key Express Checking®

Account number ending: 9801

January 14, 2022 to February 14, 2022

## Account Summary

| | |
|---|---:|
| Beginning Balance on January 14, 2022 | $1,568.45 |
| **Deposits (Money In)** | |
| Deposits | $1,500.00 |
| **Withdrawals (Money Out)** | |
| Withdrawals | -$240.83 |
| Checks | -$438.24 |
| Fees and Charges | -$3.00 |
| **Ending Balance on February 14, 2022** | **$2,386.38** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.



**Customer Service:**

1-800-KEY2YOU® (1-800-539-2968)

For clients using a TDD/TTY device, please call 1-800-539-8336



**Your Branch:**

4996 LIBRARY ROAD
BETHEL PARK PA 15102
412-835-2900



**Sign On or Enroll in Online and Mobile Banking:**

key.com

000000018519801-03290

Page 1 of 2

Key Express Checking | Account number ending: 9801

## Deposits

| Date | Description | Amount |
|---|---|---|
| 01/26 | DIRECT DEPOSIT,  SSA  TREAS 310  XXSOC SEC | $1,500.00 |
| **Total Deposits** | | **$1,500.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 01/18 | DIRECT WITHDRAWAL, CBN PLGXPRESS   DONATION | $20.00 |
| 02/11 | DIRECT WITHDRAWAL, COMCAST           CABLE | $220.83 |
| **Total Withdrawals** | | **-$240.83** |

## Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 830 | 01/27 | $50.00 | 832 | 02/14 | $338.24 |
| 831 | 02/09 | $50.00 | **Total Checks** | | **-$438.24** |

## Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 02/14 | PAPER STATEMENT FEE | $3.00 | | 1 | $3.00 |
| **Total All Fees and Charges for This Statement Period** | | | | | **-$3.00** |

Here are some things you can do to avoid future Fees and Charges:

- **Paper Statement Fee:** Make sure you sign up for Online Statements instead of monthly paper statements.

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

**Important information about your KeyBank personal checking account disclosures**

We want to make you aware of an update to your disclosures. There is a daily cap of five Overdraft Item (OD) and Return Item (NSF) Fee Charges. This cap is based on the number of transactions (i.e., checks or ATM withdrawals) that post to your account each day. In rare cases, OD and NSF fees may not post on the same day as the transaction which caused the fee(s). As a result, more than five OD and NSF fees may post to your account on a single day. However, KeyBank will never assess fees for more than five transactions posted per day.

Please retain this information with your personal checking account fees and disclosures documents.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

 KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0184 0000 R 50 T1
JOHN F JACKSON
MRS VIRGINIA P JACKSON
1121 SODBURY DR
SOUTH PARK PA 15129-9441

**Key Express Checking®**

Account number ending: 9801

February 14, 2022 to March 14, 2022

## Account Summary

| | |
|---|---:|
| Beginning Balance on February 14, 2022 | $2,386.38 |
| **Deposits (Money In)** | |
| Deposits | $1,500.00 |
| **Withdrawals (Money Out)** | |
| Withdrawals | -$374.54 |
| Checks | -$100.00 |
| Fees and Charges | -$3.00 |
| **Ending Balance on March 14, 2022** | **$3,408.84** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**
4996 LIBRARY ROAD
BETHEL PARK PA 15102
412-835-2900

 **Sign On or Enroll in Online and Mobile Banking:**
key.com

000000018519801-03290

Page 1 of 2

Key Express Checking | Account number ending: 9801

## Deposits

| Date | Description | Amount |
|---|---|---|
| 02/23 | DIRECT DEPOSIT, SSA TREAS 310 XXSOC SEC | $1,500.00 |
| **Total Deposits** | | **$1,500.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 02/15 | DIRECT WITHDRAWAL, CBN PLGXPRESS DONATION | $20.00 |
| 02/28 | DIRECT WITHDRAWAL, FIRSTENERGY OPCOFE ECHECK | $118.57 |
| 03/14 | DIRECT WITHDRAWAL, COMCAST CABLE | $235.97 |
| **Total Withdrawals** | | **-$374.54** |

## Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 833 | 02/17 | $50.00 | 834 | 03/10 | $50.00 |
| | | | **Total Checks** | | **-$100.00** |

## Fees and Charges

| Date | Service | Charge | Refund | Number of Charges/Refunds | Total for this period |
|---|---|---|---|---|---|
| 03/14 | PAPER STATEMENT FEE | $3.00 | | 1 | $3.00 |
| **Total All Fees and Charges for This Statement Period** | | | | | **-$3.00** |

Here are some things you can do to avoid future Fees and Charges:

- **Paper Statement Fee:** Make sure you sign up for Online Statements instead of monthly paper statements.

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

### INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU®** (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336