**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Virginia Jackson | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 22-20825-CMB |
| | ) | |
| Virginia Jackson, Debtor(s) | ) | |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND COMPLETION DATE**

I certify under penalty of perjury that I have served a copy of the Debtors Motion to Extend Completion Date filed with this proceeding on May 13, 2022,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winncour, and respondent(s) at (list the names and addresses here):

**Ronda Winnecour, Trustee**

Executed on May 13, 2022

                                                       /s/Russell A. Burdelski, Esquire_
R. Burdelski, Esquire
Burdelski Law Offices
1020 Perry Highway-
Pittsburgh, PA 15237
(412) 366 - 1511
Russ@BurdelskiLaw.com
PA I.D. # 72688

_____May 13, 2022_____DATE