IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, ) | | Case No.  22-20825-CMB |
| Virginia P. Jackson ) | | Filed under |
|     Debtor/movant ) | | 11 USC 362(c)(3) |
| Virginia P. Jackson ) | | Filed under |
|     Debtor/movant ) | | |
| v.                . ) | | Chapter 13 |
| BANK OF AMERICA | | |
| CHRISTOPHER & BANKS | | |
| KOHLS | | |
| PNC | | |
| SOUTH PARK SCHOOL DISTRICT | | |
| TJX | | |
|     Creditor/ Respondent | | |
| Ronda Winnecour                    ) | | |
|     Trustee/respondent         ) | | Response Deadline 5/19/22 |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION EXTENDING THE AUTOMATIC STAY
BEYOND 30 DAYS**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _5/02/22_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _5/19/22___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                                 Respectfully submitted,

                                                 Respectfully submitted,
                                                 BURDELSKI LAW OFFICES
DATE__5/20/22                                __/s/Russell A. Burdelski, Esquire_____
                                                 R. Burdelski, Esquire
                                                 1020 Perry Highway
                                                 Pittsburgh, PA 15237
                                                 (412) 366-1511
                                                 PA I.D. # 72688
                                                 Russ@BurdelskiLaw.com