UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Virginia Jackson ) | Case No. 22-20825-CMB |
| _____Debtor(s)_____ ) | Chapter 13 |
| ) | Filed Under Local Rule |
| Virginia Jackson ) | 9013.4 6 (c) |
|    Debtor/movant ) | RAB-1 |
| Ronda Winnecour, ) | |
|    Trustee/Respondent ) | Related to Doc. No. 15 |

ORDER OF COURT

AND NOW, this __18th__ day of ____May____, 20 22 it is hereby Ordered, Adjudged and Decreed that the time for the filing of the completion of the Bankruptcy documents for the above captioned case is extended to _5_ /_27_ / 2022.

By the Court

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

FILED
5/18/22 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Russ@BurdelskiLaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20825-CMB |
| Virginia P. Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

**Recip ID          Recipient Name and Address**
db              + Virginia P. Jackson, 1121 Sodbury Drive, South Park, PA 15129-9441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Office of the United States Trustee
                                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                   cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
                                   on behalf of Debtor Virginia P. Jackson Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 4