IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re, ) | Case No.  22-20825-CMB |
| Virginia P. Jackson ) | Filed under |
|     Debtor/movant ) | 11 USC 362(c)(3) |
| Virginia P. Jackson ) | Filed under |
|     Debtor/movant ) | |
| v.            . ) | Chapter 13 |
| BANK OF AMERICA | |
| CHRISTOPHER & BANKS | Related to ECF No. 10 |
| KOHLS | Hearing: May 25, 2022 at 10 a.m. |
| PNC | |
| SOUTH PARK SCHOOL DISTRICT | |
| TJX | **DEFAULT O/E JAD** |
|     Creditor/ Respondent | |
| Ronda Winnecour ) | |
|     Trustee/respondent ) | Response Deadline 5/19/22 |

FILED
5/20/22 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**MODIFIED DEFAULT ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS**

AND NOW, this 20th day of May 2022, it is hereby ORDERED, ADJUDGED, AND DECREED that the automatic stay is extended as to the above captioned respondents for the duration of the Chapter 13 case unless the case is dismissed or relief is granted for failure to comply with the terms and conditions of the Chapter 13 plan or by further Order of this Court.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Russell Burdelski, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-20825-CMB

Virginia P. Jackson  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 1
Date Rcvd: May 20, 2022  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

**Recip ID  Recipient Name and Address**
db  + Virginia P. Jackson, 1121 Sodbury Drive, South Park, PA 15129-9441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:**

**Name  Email Address**

Brian Nicholas
  on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
  on behalf of Debtor Virginia P. Jackson Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 4