## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Virginia P. Jackson                                                    CHAPTER 13
                                        Debtor(s)

                                                        BKY. NO. 22-20825 CMB


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION
and index same on the master mailing list.



                        Respectfully submitted,

                                    **/s/ Brian C. Nicholas, Esquire**
                                    Brian C. Nicholas, Esquire
                                    Attorney I.D. No. 317240
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    215-627-1322
                                    bnicholas@kmllawgroup.com