# Notice Recipients

District/Off: 0315–2     User: auto     Date Created: 11/4/2022
Case: 22–20825–CMB     Form ID: 309     Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr      PNC BANK, NATIONAL ASSOCIATION

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty     Brian Nicholas      bnicholas@kmllawgroup.com
aty     Jeffrey Hunt      ecfpeoples@grblaw.com
aty     Russell A. Burdelski      Russ@BurdelskiLaw.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Virginia P. Jackson      1121 Sodbury Drive      South Park, PA 15129
cr          PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
cr          Peoples Natural Gas Company LLC      GRB Law      c/o Jeffrey R. Hunt, Esquire      525 William Penn Place, Suite 3110      Pittsburgh, PA 15219 UNITED STATES
15482467    BANK OF AMERICA      PO BOX 9100      Farmingdale, NY 11735
15482233    Bank of America, N.A.      PO Box 673033      Dallas, TX 75267–3033
15482468    CHRISTOPHER & BANKS      PO BOX 12914      Norfolk, VA 23541
15482469    KOHLS      PO BOX 1456      Charlotte, NC 28201
15476870    PNC      2730 LIBERTY AVE.      Pittsburgh, PA 15222
15482470    PNC      2730 LIBERTY AVE.      Pittsburgh, PA 15222
15482472    PNC      3232 NEWARK DR      Miamisburg, OH 45342
15476871    PNC      C/O JOSEPH GOLDBECK, ESQ      STE 5000, MELLON INDEP. CTR      701 MARKET ST      Philadelphia, PA 19106
15482471    PNC      C/O JOSEPH GOLDBECK, ESQ      STE 5000, MELLON INDEP. CTR      701 MARKET ST      Philadelphia, PA 19106
15480432    PNC BANK N.A.      PO BOX 94982      CLEVELAND, OH 44101
15496221    PNC Bank, N.A.      P.O. Box 94982      Cleveland, OH 44101
15486899    Portfolio Recovery Associates, LLC      POB 12914      Norfolk VA 23541
15477493    Synchrony Bank      c/o of PRA Receivables Management, LLC      PO Box 41021      Norfolk, VA 23541
15485980    T Mobile/T–Mobile USA Inc      by American InfoSource as agent      PO Box 248848      Oklahoma City, OK 73124–8848
15482473    TJX REWARDS/SYNCB      PO BOX 12914      C/O PORTFOLIO RECOVERY      Norfolk, VA 23541
15492737    Verizon      by American InfoSource as agent      PO Box 4457      Houston, TX 77210–4457

TOTAL: 19