**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VIRGINIA P. JACKSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:22-20825 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 04/29/2022 and confirmed on 06/24/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,110.76 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,110.76 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 569.17 | |
|    Trustee Fee | 61.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 630.37 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA<br>    Acct: 5883 | 0.00 | 1,475.39 | 0.00 | 1,475.39 |
| | | | | 1,475.39 |
| **Priority** | | | | |
|   RUSSELL A. BURDELSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   VIRGINIA P. JACKSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   VIRGINIA P. JACKSON<br>    Acct: | 5.00 | 0.00 | 0.00 | 0.00 |
|   RUSSELL A. BURDELSKI<br>    Acct: | 4,000.00 | 569.17 | 0.00 | 0.00 |
|   RONDA J WINNECOUR TRUSTEE/CLERK<br>    Acct: XXXXXXXXXXXXXXXX0825 | 5.00 | 5.00 | 0.00 | 5.00 |
| | | | | 5.00 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 12,438.36 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 6956 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,020.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 6570 | | | | |
| | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6777 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 2,012.52 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | PNC BANK NA | 2,533.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 7309 | | | | |
| | T MOBILE/T-MOBILE USA INC BY AMERIC | 466.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 5637 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 94.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | 1,480.39 |
|---|---|---|---|

TOTAL CLAIMED
PRIORITY          5.00
SECURED           0.00
UNSECURED        18.565.76

Date: 04/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com